FILED
FEB 28 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11CR5246-GT |
| Plaintiff, | |
| v. | **ORDER** |
| ANTONIO MARTINEZ-MENDOZA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled for March 2, 2012 at 9:30 a.m., be continued to March 20, 2012 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: 2.28.12

**HONORABLE GORDON THOMPSON, JR.**
United States District Judge